**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RITA MICHELLE PASSMORE and** | ) | |
| **LAURA KARNES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:08cv0422 TCM** |
| | ) | |
| **O'REILLY AUTOMOTIVE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This employment discrimination action is before the Court on the unopposed motion of plaintiff, Rita Michelle Passmore, to amend her complaint to (a) add another plaintiff, Laura Karnes, "whose claims under Title VII arise from the same transactions, occurrences and events" (Mtn. ¶ 4), and (b) add claims under the Missouri Human Rights Act, Mo.Rev.Stat. §§ 213.010-.137. For good cause shown,

**IT IS HEREBY ORDERED** that the motion for leave to file first amended complaint is **GRANTED**. [Doc. 15]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of September, 2008.